# Court of Appeals
# of the State of Georgia

ATLANTA,  October 20, 2023

*The Court of Appeals hereby passes the following order:*

**A24D0114. DMANTE DONTRELL ANDERSON v. THE STATE.**

On September 20, 2023, the trial court entered an order addressing multiple pro se motions filed by Dmante Dontrell Anderson in his pending criminal case, as well as a motion filed by the State. In its order, the trial court, inter alia, granted Anderson's motion to represent himself and the State's motion for standby counsel. Anderson then filed in this Court a pro se "Petition for Immediate Review" of the September 20 order, which was docketed as an application for a discretionary appeal. We, however, lack jurisdiction.

Because Anderson's case is still pending below, to obtain review of the trial court's September 20 order, he was required to comply with the interlocutory appeal procedure set forth in OCGA § 5-6-34 (b), including obtaining a certificate of immediate review from the trial court. See *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Anderson's failure to follow the appropriate appellate procedure deprives this Court of jurisdiction over his application. See id. For this reason, Anderson's application for discretionary appeal is hereby DISMISSED.

*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/20/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_Stephen E. Castlen_____, *Clerk.*